UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

              -against-

   CHRISTOPER ESPINAL,

              Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2024
```

1:22-cr-522-GHW-20

ORDER

GREGORY H. WOODS, United States District Judge:

    The sentencing hearing currently scheduled for November 22, 2024 at 3:00 p.m. is rescheduled. The hearing will take place on November 22, 2024 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: November 21, 2024
New York, New York

                                                                      GREGORY H. WOODS
                                                     United States District Judge